

April 7, 2022

Tara L. Pehush
Partner
tara.pehush@klgates.com

T +1 212 536 4852
F +1 212 536 3901

**By ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm. 2103
New York, NY 10017

**Re:    Juan Ortega, on behalf of himself and all others similarly situated vs. Hairtamin LLC; Case 1:21-cv-10731 (KPF)**

Your Honor:

This firm represents Defendant Hairtamin LLC in the above-referenced matter. This letter is written pursuant to Rule 1(D) of Your Honor's Individual Practice Rules, to respectfully request a third extension of the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint from April 8, 2022 to April 22, 2022. Defendant respectfully makes this request because the Parties are engaging in discussions to hopefully resolve the matter before further court intervention is needed. Plaintiff has consented to this request. Two previous requests on consent for extensions were granted by Your Honor (one from February 7, 2022 to March 9, 2022 and one from March 9, 2022 to April 8, 2022).

Respectfully,

Tara L. Pehush

TLP
cc:    Jonathan P. Rubin (via ECF)
       Edward Y. Kroub (via ECF)