UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
JUAN ORTEGA, Individually, and On Behalf : Case No.: 1:21-cv-10731-KPF
of All Others Similarly Situated,        :
                                         :
                    Plaintiff,           :
                                         : **NOTICE OF VOLUNTARY DISMISSAL**
    vs.                                  :
                                         :
                                         :
HAIRTAMIN LLC,                           :
                                         :
                    Defendant.           :
                                         :
---------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Ortega hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Hairtamin LLC

DATED:  May 27, 2022            **MIZRAHI KROUB LLP**


                                        /s/ Edward Y. Kroub
                                    EDWARD Y. KROUB

                                EDWARD Y. KROUB
                                JARRETT S. CHARO
                                WILLIAM J. DOWNES
                                200 Vesey Street, 24th Floor
                                New York, NY  10281
                                Telephone:  212/595-6200
                                212/595-9700 (fax)
                                ekroub@mizrahikroub.com
                                jcharo@mizrahikroub.com
                                wdownes@mizrahikroub.com

                                *Attorneys for Plaintiff*